WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN NICHOLAS,<br><br>             Plaintiff,<br><br>      vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CONN APPLIANCES, INC.; CARMA ENTERPRISES INC. dba LAS VEGAS FINANCE; and SUN LOAN COMPANY NEVADA, INC.,<br><br>             Defendants. | Case No.: 2:23-cv-02110-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff, Melvin Nicholas ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On February 16, 2024, Plaintiff filed his First Amended Complaint [ECF No. 19]. Defendant was served with Plaintiff's First Amended Complaint on February 16, 2024. The deadline for Defendant to respond to Plaintiff's First Amended Complaint is March 1, 2024. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's First Amended Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiff's First Amended Complaint to April 1, 2024.

This is the first request for an extension of time for Defendant to file its responsive

pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this stipulation, Defendant agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 1st day of March, 2024.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM |
|---|---|
| */s/ Ramir M. Hernandez* <br> Ramir M. Hernandez, Esq. <br> Nevada Bar No. 13146 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Defendant, Conn Appliances, Inc.* | */s/ Gerardo Avalos* <br> George Haines, Esq. <br> Nevada Bar No. 9411 <br> Gerardo Avalos, Esq. <br> Nevada Bar No. 15171 <br> 8985 S. Eastern Ave. Suite 350 <br> Las Vegas, NV 89123 <br> *Attorneys for Plaintiff, Melvin Nicholas* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    3/5/2024

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (First Request)** on the 1st day of March, 2024, to all parties on the CM/ECF service list.

/s/ Lisa Cox
An Employee of WRIGHT, FINLAY & ZAK, LLP