MARK G. SIMONS, ESQ.
Nevada Bar No. 5132
MSimons@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088
Facsimile: (775) 785-0087

*Attorneys for Sun Loan Company Nevada, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN NICHOLAS,<br><br>          Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CONN APPLIANCES, INC.; CARMA ENTERPRISES INC. dba LAS VEGAS FINANCE; and SUN LOAN COMPANY NEVADA, INC.,<br><br>          Defendants. | CASE NO.: 2:23-CV-02110-JCM-BNW<br><br>STIPULATION AND ORDER TO EXTEND DEFENDANT SUN LOAN COMPANY NEVADA, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT |

Defendant Sun Loan Company Nevada, Inc., by and through its counsel of record Mark G. Simons of Simons Hall Johnston PC, and Plaintiff Melvin Nicholas, by and through his counsel of record Gerardo Avalos of Freedom Law Firm, LLC, stipulate to extend the deadline for Sun Loan Company Nevada, Inc. to answer or otherwise respond to the Amended Complaint to **April 12, 2024.**

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

This is the first stipulation requesting an extension of the deadline referenced above. Counsel certify this request is made for good-cause and not for the purpose of undue delay.

DATED this  13th  day of March, 2024.

                SIMONS HALL JOHNSTON PC
                690 Sierra Rose Drive
                Reno, NV 89511

        By: _____
                MARK G. SIMONS
                *Attorneys for Sun Loan Company Nevada, Inc.*

DATED this 12th day of March, 2024.

                FREEDOM LAW FIRM, LLC
                8985 South Eastern Ave., Ste. 100
                Las Vegas, NV 89123

        By: _/s/Gerardo Avalos_____
                GERARDO AVALOS
                *Attorneys for Melvin Nicholas*

### ORDER

The Court hereby grants the Parties' Stipulation to continue the deadline for Defendant Sun Loan Company Nevada, Inc., to file an answer or response to Plaintiff Melvin Nicholas' Amended Complaint to and including **April 12, 2024**.

**IT IS SO ORDERED.**

DATED this  14  day of March, 2024.

_____
United States Magistrate Judge