WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN NICHOLAS,<br><br>            Plaintiff,<br><br>      vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CONN APPLIANCES, INC.; LAS VEGAS FINANCE; AND SUN LOANS, LLC,<br><br>            Defendants. | Case No.: 2:23-cv-02110-JCM-BNW<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (SECOND REQUEST)** |

Plaintiff, Melvin Nicholas ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On February 16, 2024, Plaintiff filed his First Amended Complaint [ECF No. 19]. Defendant was served with Plaintiff's First Amended Complaint on February 16, 2024. On March 6, 2024, this Court entered an Order that extended Defendant's deadline to respond to the First Amended Complaint to April 1, 2024.

The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's First Amended Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter. If the parties cannot resolve the matter by the new deadline, the parties will likely stipulate to remove the case to arbitration.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiff's First Amended Complaint to May 1, 2024.

1  This is the second request for an extension of time for Defendant to file its responsive
2  pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to
3  any other party.
4  As part of this stipulation, Defendant agrees to participate in any Rule 26(f) conference
5  that occurs during the pendency of this extension.
6  DATED this 1st day of April, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ Ramir M. Hernandez
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Conn Appliances, Inc.*

FREEDOM LAW FIRM

/s/ Gerardo Avalos
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 S. Eastern Ave. Suite 350
Las Vegas, NV 89123
*Attorneys for Plaintiff, Melvin Nicholas*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   4/2/2024

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (SECOND REQUEST)** on the 1st day of April, 2024, to all parties on the CM/ECF service list.

                               */s/ Lisa Cox*
                               An Employee of WRIGHT, FINLAY & ZAK, LLP