George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Melvin Nicholas*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Melvin Nicholas,

Plaintiff,

vs.

Trans Union, LLC; Experian Information Solutions, Inc.; Conn Appliances, Inc.; Carma Enterprises Inc. dba Las Vegas Finance and Sun Loan Company Nevada, Inc.,

Defendants.

Case No.: 2:23-cv-02110

**Stipulation of dismissal of all claims between Plaintiff and Conn Appliances, Inc. with prejudice**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Melvin Nicholas and Conn Appliances, Inc. stipulate to dismiss all claims between Plaintiff and Conn Appliances, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 12, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**NAYLOR & BRASTER**

/s/ *Jennifer L. Braster*
Jennifer L. Braster, Esq.
Kelly M. Scarborough, Esq.
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
*Counsel for Conn Appliances, Inc.*

IT IS SO ORDERED:

[signature]
UNITES STATES DISTRICT JUDGE

DATED: October 13, 2026